[No. 17821-1-I. Division One. November 9, 1987.]

WAYNE JOHNSON, ET AL, *Appellants,* v. ISLAND COUNTY, *Respondent.*

Appeal from a judgment of the Superior Court for Island County, No. 15243, Walter J. Deierlein, Jr., J., entered January 9, 1986. *Affirmed* by unpublished opinion per McCutcheon, J. Pro Tem., concurred in by Cole and Durham, JJ. Pro Tem.

[No. 18975-1-I. Division One. November 9, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSE LEON SAME, *Defendant,* BRENDA MARIE WEST, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86-1-01420-5, Frank J. Eberharter, J., entered August 7, 1986. *Reversed* by unpublished opinion per Schumacher, J. Pro Tem., concurred in by Coleman and Pekelis, JJ.

[No. 7977-5-III. Division Three. November 12, 1987.]

ANDREW KOCH, ET AL, *Appellants,* v. WINNEBAGO INDUSTRIES, INC., *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 81-2-00054-9, Robert S. Day, J., entered June 5, 1986. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, A.C.J., and Green, J.